UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **Seafood Treasures, Inc.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **versus** | § | **Civil Action No.** |
| | § | |
| **The Drilling Vessels currently or formerly** | § | **In Admiralty, Rule 9(H)** |
| **Known as the *Dolphin 106* and *Dolphin 110*** | § | |
| **their engines, machinery, tackle, appurtenances,** | § | |
| **apparel, etc. *in rem*, and Bro-Tex International** | § | |
| **Metals, LLC, Versatile Marine, LLC and** | § | |
| **Universal Rigs and Equipment, LLC *in personam*** | § | |
| *Defendants*. | § | |

## Plaintiff's Original Complaint

To the Honorable District Court Judge:

Comes now Seafood Treasures, Inc. (hereinafter "Seafood Treasures") and files this Original Complaint against the vessels, *Dolphin 106,* official number 653833, and *Dolphin 110*, official number 038601; and their engines, tackle, furniture, apparel, appurtenances, etc., *in rem*; and Bro-Tex International Metals, LLC, Versatile Marine, LLC and Universal Rigs and Equipment, LLC, *in personam* and would respectfully show as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and jurisdiction of the United States and this Honorable Court is proper under 28 U.S.C. §1333.  This action is brought subject to 46 U.S.C. § 31342(a)(2) in order to foreclose on maritime liens for necessaries provided to the *Dolphin 106* and *Dolphin* 110.  Venue is proper in this district as the vessels are all located in this district and division, namely at Plaintiff's property in Sabine Pass, Texas.

2.

At all material times, Plaintiff, Seafood Treasures, was, and now is, a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Houston, Texas. Plaintiff owns the property the subject vessels are currently docked at in Sabine Pass, Texas.

3.

Defendant vessels *Dolphin 106,* official number 653833, and *Dolphin 110*, official number 038601, are movable offshore drilling units that are currently moored and anchored in the navigable waters at Plaintiff's property located at 5230 S. 1st Avenue, Sabine Pass, Texas 77655. The vessels have and will be during the pendency of this action, within this District and Division

4.

Upon information and belief, Defendant Bro-Tex International Metals, LLC ("Bro-Tex") is the owner, operator, manager and/or party at interest in the Vessels. Bro-Tex is a Texas limited liability corporation, which may be served through Diana Zendejas, its registered agent, at 4690 Main Street, Brownsville, Texas 78521.

5.

Upon information and belief, Defendant UNIVERSAL RIGS AND EQUIPMENT, LLC ("Universal") is the owner, operator, manager and/or party at interest in the Vessels and is a Dubai limited liability corporation. Although Universal Rigs is doing business in Texas, it has not registered with the Secretary of State to do so and has not designated an agent for service of process. It may be served through Richard Adoumier at AI-Jazeerah AI-Hamra, Ras AI Khaimah, United Arab Emirates.

6.

Upon information and belief, Defendant Versatile Marine Services, LLC is a Texas limited liability company.  Defendant may be served through its counsel of record, H. William Mahley who has agreed to accept service of this suit.

7.

Plaintiff brings this claim pursuant to Supplemental Rule C of the Federal Rules of Civil Procedure asking that the vessels be arrested and sold to satisfy the outstanding debt owed by Defendants.

8.

In October of 2011, Plaintiff and Defendant Versatile Marine, LLC entered into a lease agreement for Plaintiff's property located in Sabine Pass, Texas.  A copy of that lease agreement is attached as Exhibit "A" (hereinafter the "Lease Agreement").

9.

Among other things, the Lease Agreement required Versatile Marine, LLC to pay Plaintiff $15,000 a month in rentals, and should the lease be terminated, to remove all of Defendant Versatile Marine, LLC's equipment from the premises.

10.

Upon information and belief, during the term of its tenancy, Versatile Marine, LLC was engaged in marine fabrication, repairing and demolition of offshore mobile drilling units and other marine assets.  At some point during the Lease Agreement, the Dolphin Rigs 110 and 106 (the "Rigs") were brought to Plaintiff's property and berthed there.  The substance of that agreement and later dispute was contained in the dispute arising over these very same rigs in *Versatile Marine Services, Inc. v. Dolphin 106, et al.,* cause number 1:16-cv-00194, Judge Crone presiding.

11.

Versatile Marine, LLC defaulted on the Lease Agreement, and since January 21, 2020, the Rigs have been essentially abandoned leaving Plaintiff to be assessed with taxes and Texas General Land Office assessments.

12.

On December 7, 2020, Plaintiffs sent a demand to Universal Rigs, the owner of record, for unpaid wharfage in the amount of $1000 a day since January 21, 2020 for a total, at that time of $642,000. (See attached demand letter, Exhibit "B").

13.

The outstanding amount owed to Plaintiff for wharfage on the Rigs, as of April 12, 2021, is $894,000 (447 days x $1000 x 2 (vessels) and this amount continues to accrue at a rate of $1000 a day.

## Count 1: Breach of Contract

14.

Plaintiff incorporates paragraphs 1-13 as if fully set forth herein.

15.

The Agreement, as set forth herein is a valid, binding contract.

16.

Versatile Marine, LLC is in breach of the Agreement, for, among other things, failing to make payments in accordance with the terms of Agreement and failing to remove the Rigs following an event of default.

17.

Plaintiff has been damaged by Versatile Marine, LLC's breach by being forced to store and maintain the Rigs, and to be exposed to continued liability simply by being present on its property.

18.

All and singular, the premises of this Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

## Count 2: Unpaid Wharfage

19.    Plaintiff incorporates paragraphs 1-18 as if fully set forth herein.

20.    Since January 2021, the Rigs have been docked at Plaintiff's premises and owe wharfage.

21.    Since January 2021, no one has paid wharfage on the Rigs, which Plaintiff avers the customary rate is $1000.00 a day.

22.    Wharfage gives rise to a maritime lien for necessaries which may be foreclosed on under Supplemental Rule C of the Federal Rules of Civil Procedure.  *See* 46 U.S.C. 31342(a)(2); *The Western Wave*, 77 F.2d 695, 698 (5th Cir. 1935);

23.    Plaintiff seeks to arrest the Rigs and foreclose on its lien for unpaid wharfage and have the vessels sold to satisfy the outstanding debt owed.

## Count 3: Quantum Meruit, Unjust Enrichment

25.    Plaintiff incorporates by reference paragraphs 1-25 as if fully set forth herein.

26.    The owners of the Rigs, Defendants Bro-Tex International Metals, LLC and Universal Rigs and Equipment, LLC, are not in direct privity with Plaintiff, nevertheless, they have benefited by simply abandoning the Rigs at Plaintiff's property.  Therefore, Plaintiff avers that Defendants Bro-Tex and Universal Rigs had constructive notice that the Rigs were incurring ongoing wharfage simply because they have not been back to retrieve them.

27.    This would result in a manifest injustice on Plaintiff if Defendants Bro-Tex and Universal Rigs were simply allowed to escape any liability for abandoning the Rigs and place this risk on Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**:

  A. Seafood Treasures requests judgment be entered against Versatile Marine, LLC for the ongoing wharfage owed by the Rigs as they continue to accrue as well as interest, attorneys' fees and costs, all expenses and all other charges and fees, less Marshals' sales proceeds or credit bids, due to Seafood Treasures as a result of Versatile Marine, LLC's default under the Agreement.

  B. That process *in rem* issue in due form of law under Supplemental Rule C of the Federal Rules of Civil Procedure and according to the practices of this Honorable Court in a cause of admiralty and maritime jurisdiction citing all persons having or claiming interest in the vessels, vessels, *Dolphin 106,* official number 653833, and *Dolphin 110*, official number 038601; and their engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, to appear and answer, under oath, all and singular, the matters aforesaid; and, after due proceedings had herein, that Seafood Treasures have judgment against the Vessels, *in rem*, for the amount of EIGHT HUNDRED FORTY-TWO THOUSAND DOLLARS AND NO/100 ($842,00.00) which continues to accrue at a rate of $2,000 a day until the date of Judgment herein, and thereafter at the legal rate until paid in full, reasonable attorneys' fees, and all costs of these proceedings;

  C. That the vessels, *Dolphin 106,* official number 653833, and *Dolphin 110*, official number 038601; and their engines, tackle, furniture, apparel, appurtenances arrested and sold to satisfy the judgment of Seafood Treasures;

  D. That Plaintiffs be allowed to credit bid at any judicial sale and auction to satisfy the debts owed; and

  E. For all other general and equitable relief as this Court deems just and proper.

Respectfully submitted this 12th day of April, 2021

**THE CREW LAW FIRM, P.C.**

*/s/ Paxton N. Crew*
**Paxton N. Crew**
TBA No. 24058720
Telephone 281-245-3385
Facsimile 281-245-3386
Paxton@thecrewlawfirm.com
**Attorney in Charge for**
**Seafood Treasures, Inc.**