| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  |
|---|---|---|
| SEAFOOD TREASURES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-CV-161 |
| | § | |
| THE DRILLING VESSELS currently or formerly known as THE DOLPHIN 106 and DOLPHIN 110, their engines, machinery, tackle, appurtenances, apparel, etc., *in rem*, BRO-TEX INTERNATIONAL METALS, LLC, VERSATILE MARINE SERVICES, LLC, and UNIVERSAL RIGS AND EQUIPMENT, LLC, *in personam*, | § § § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (#39), filed January 13, 2022, this action is dismissed in its entirety, with prejudice. Each party shall bear its own court costs and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of January, 2022.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE